UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

CHRISTOPHER ABRAMS,            )
                               )
            Plaintiff,         )
                               )
vs.                            )
                               ) Cause No. 2:15CV19DDN
TOMAS CABRERA, M.D.,           )
                               )
            Defendant.         )

## MOTION TO WITHDRAW

COMES NOW counsel for Plaintiff, E. Rex Bradley, and hereby requests leave of court to withdraw as attorney for Plaintiff, Christopher Abrams, at the request of Plaintiff, Christopher Abrams, because the relationship between Plaintiff, Christopher Abrams, and attorney, E. Rex Bradley, has reached an impasse and an inability to further cooperate for the best interest of the Plaintiff, Christopher Abrams.

Respectfully submitted,

_____
E. Rex Bradley   MO #22053   FED #2692
The E. Rex Bradley Law Firm, P.C.
Attorney for Plaintiff
2608 Georgia Street, P.O. Box 544
Louisiana, Missouri 63353
Phone:  (573) 754-5582
Fax:    (573) 754-5451

A copy of the foregoing has been provided to the following via U.S. Mail on this the __7th__ day of __December__, 2015. **AS**:

Mr. Dwight Vermette
Eckenrode-Maupin
8000 Maryland Avenue, Suite 1300
St. Louis, Missouri 63105
Attorney for Defendant

2